UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TIMOTHY WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) Civil Action No: SA-10-CA-828-XR |
| | ) |
| TOLTECA ENTERPRISES, INC. d/b/a | ) |
| PHOENIX RECOVERY GROUP, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The Plaintiff has informed the Court that the parties have reached a settlement in this case. Accordingly, all pending deadlines, including trial, are VACATED. To ensure that this cause does not remain on the Court's docket in the absence of a live controversy, the Court ORDERS the parties to submit a stipulation of dismissal or an agreed judgment and any appropriate supporting documents on or before **May 23, 2011**. *See* FED. R. CIV. P. 41. Should the parties be unable to finalize the settlement and submit appropriate documents by that date, they must request an extension of time to file the documents.

It is so ORDERED.

SIGNED this 22nd day of March, 2011.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE