IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TIMOTHY WILSON | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL NO. 5:10-CV-828-XR |
| | § | |
| TOLTECA ENTERPRISES, INC d/b/a | § | |
| PHOENIX RECOVERY GROUP | § | |
| | § | |
| Defendant | § | |

## JOINT STIPULATION OF DISMISSAL

**TO THE HONORABLE JUDGE XAVIER RODRIGUEZ:**

**NOW COMES PLAINTIFF**, Timothy Wilson and **DEFENDANT and COUNTER-PLAINTIFF** Phoenix Recovery Group and, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, jointly stipulate to dismiss this case with prejudice. In support of the Joint Stipulation of Dismissal the parties show that they have resolved all claims now existing between them parties of which they are aware, and seek to dismiss all claims which were, or could have been made, with prejudice.

**WHEREFORE,** the Parties stipulate that this case be dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

{01464259.RTF \ }

Jointly stipulated on this 23rd day of May, 2011.

BY: /s/ Dennis Robert Kurz
    Dennis Robert Kurz
    State Bar No. 24068183

Weisberg & Meyers, LLC
Two Allen Center
1200 Smith Street, 16th Floor
Houston, TX 77002
(888) 595-9111 x 412
Fax: (866) 842-3303

ATTORNEYS FOR PLAINTIFF

BY: /s/ L. Hayes Fuller, III
    L. Hayes Fuller, III
    State Bar No. 07522500
    John P. Palmer
    State Bar No. 15430600
    Joe Rivera
    State Bar No. 24065981

NAMAN, HOWELL, SMITH & LEE, PLLC
P.O. Box 1470
400 Austin Ave, 8th Floor
Waco, TX 76703-1470
Phone: (254) 755-4100
Fax: (254) 754-6331

ATTORNEY'S FOR DEFENDANT

BY: /s/Thomas A. Clarke
    Thomas A. Clarke
    State Bar No. 04318600

    8026 Vantage Dr., Suite 105
    San Antonio, TX 78230
    Phone: (210) 340-8448
    Fax: (210) 348-7946

ATTORNEY FOR COUNTER-PLAINTIFF

{01464259.RTF \ }